## WALL v. LOONEY.

52  113
70  408
52  113
Case 1
72  322
52  113
Case 1
79  287

SPECIAL JUDGE: *Record of election: Dismissal of appeal.*

An appeal will be dismissed by the Supreme Court where the record fails to show that the special judge who presided at the trial of the cause, was elected for that purpose.

APPEAL from *Greene* Circuit Court in Chancery.

E. F. BROWN, Special Judge.

*Ben H. Crowley,* for appellants.

Argues upon the merits.

*L. L. Mack,* for appellees.

It does not appear from the record that the regular Judge was disqualified, nor that the special Judge was elected to try the cause. The appeal should be dismissed. *39 Ark., 254; 42 id., 126.*

PER CURIAM. The record fails to disclose that the special judge who presided at the trial of this cause, was ever elected for that purpose. The motion to dismiss the appeal will be granted.